NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DAVID MIRANDA-RAMIREZ,

Defendant - Appellant.

No. 15-50075

D.C. No. 3:14-cr-02307-WQH-1

MEMORANDUM[*]

Appeal from the United States District Court
for the Southern District of California
William Q. Hayes, District Judge, Presiding

Submitted November 24, 2015[**]

Before:      HUG, FARRIS, and CANBY, Circuit Judges.

David Miranda-Ramirez appeals from the district court's judgment and

challenges his sentence of 37 months in prison and one year supervised release for

attempted re-entry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to

*Anders v. California,* 386 U.S. 738 (1967), Miranda-Ramirez's counsel has filed a

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Miranda-Ramirez  the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**